IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00956-MEH

VICKI MIZE,

    Plaintiff,

v.

Rose's Bella Cucina, LLC,

    Defendant.

---

NOTICE OF SETTLEMENT

---

    PLEASE TAKE NOTICE that Plaintiff, Vicki Mize, and Defendant, Rose's Bella Cucina, LLC (collectively the "Parties"), have agreed to settle this Action. Accordingly, the Parties' respectfully request the Court stay all deadlines and other matters in this Action for a period of twenty-one (21) days while the Parties' finalize the settlement documents.

    Respectfully submitted this 29th day of June, 2017.

    s/ Lori J. Coulter
    **Lori J. Coulter, Esq.**
    The Law Office of Lori J. Coulter, LLC
    1271 Riverview Drive
    Loveland, CO 80537
    720-961-2804
    Email: lori@adaequality.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donald Corry Eby
**Robinson & Henry P.C. Denver**
7535 E. Hampden Ave, Ste 250
Denver, CO 80231
303-688-0944
Email: Donald@RobinsonandHenry.com
*Attorney for Defendant*

s/ sr